IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LUCE and JEAN LUCE, | No. C-10-0174 MMC |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT CBS CORPORATION'S APPLICATION FOR STAY OF PROCEEDINGS** |
| v. | |
| A. W. CHESTERON COMPANY, INC., et al., | |
| Defendants | |

Before the Court is defendant CBS Corporation's ("CBS") "Ex Parte Application" for "An Order Staying All Proceedings Pending A Decision By The Judicial Panel On Multidistrict Litigation, Or In The Alternative, To Shorten Time For A Hearing On The Motion To Stay," filed January 20, 2010.[1] No party has filed a response thereto.

Good cause appearing, the Court will hear the application on shortened time, as follows:[2]

1. No later than February 12, 2010, opposition to the application for a stay of proceedings, if any, shall be filed.

---

[1] The above-titled action was reassigned to the undersigned on January 28, 2010.

[2] Although the instant application is not appropriate for consideration on an ex parte basis, see Civil L.R. 7-10, and should have been noticed as a motion, see Civil L.R. 7-2, the Court, in lieu of striking the filing, has set a briefing schedule.

2. No later than February 19, 2010, any reply shall be filed.

3. As of February 19, 2010 or the date on which a reply is filed, whichever is earlier, the Court will take the application under submission.

**IT IS SO ORDERED.**

Dated: February 3, 2010

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge