**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

      **C 10-0174 MMC**    Luce v. A. W. Chesterton Company, Inc., et al.
      **C 10-2111 WHA**    Luce v. A. W. Chesterton Company, Inc., et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

      [   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

      [ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the higher-numbered case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any date for hearing a noticed motion is vacated, and any motion must be re-noticed by the moving party to be heard before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for any appearance in court, which will be rescheduled by the undersigned.

**DATED:**  May 25, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge